UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
---------------------------------------------------------------

| | | |
|---|---|---|
| JULIE A. SU, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | : : | Civil Action No. 24-60 |
| Plaintiff, | : | |
| v. | : | |
| JONES DYKSTRA AND ASSOCIATES, INC.; KEITH J. JONES; BRIAN E. DYKSTRA; and the JONES DYKSTRA AND ASSOCIATES, INC. 401(K) PROFIT SHARING PLAN, | : : | |
| Defendant(s). | : | |

---------------------------------------------------------------

## **COMPLAINT**

### STIPULATION OF DISMISSAL

The Acting Secretary hereby notices the dismissal without prejudice of her case against defendant Keith E. Jones. Fed. R. Civ. P. 41(a)(1)(A)(i). Counsel represents that no party hereto is an infant or incompetent. Both sides shall bear their own costs.

DATED:   January 29, 2024
         New York, New York

SEEMA NANDA
Solicitor of Labor

JEFFREY S. ROGOFF
Regional Solicitor

 /s Michael R. Hartman
MICHAEL R. HARTMAN
U.S. Department of Labor
Office of the Regional Solicitor
201 Varick Street, Room 983
New York, NY 10014
(646) 264-3673
(646) 264-3660 (fax)
Hartman.Michael@dol.gov
NY-SOL-ECF@dol.gov