**CERTIFICATE OF SERVICE**

      I hereby certify that, on March 12, 2024, I served the Acting Secretary Motion for Entry of Default and to Re-open Case [dkt. 13] on defendants by email at brian.dykstra@gmail.com and that defendants have acknowledged receipt.

                                        /s Michael R. Hartman  
                                        Michael R. Hartman  
                                        Counsel for ERISA