## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Julie A. Su<br>**Plaintiff** | * | |
| | * | |
| **v.** | * | Civil No.:   JMC-24-0060 |
| Jones Dykstra and Associates, Inc. et al<br>**Defendant** | | |
| | ****** | |

## ORDER OF DEFAULT

It appearing from the records of <u>Michael R. Hartman, Esq.</u> that the summons and Complaint were properly served <u>notice of a lawsuit and request to waive service of a summons</u> upon the above-named Defendants, <u>Jones Dykstra and Associates, Inc. Brian E. Dykstra and Jones Dykstra and Associates, Inc.  o</u>n <u>January 10,2024</u> and that the time for said Defendant to plead or otherwise defend expired on <u>March 11, 2024,</u> and that said Defendants have failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendant is entered this <u>2nd</u> day of <u>April 2024</u>.

                                                        CATHERINE M. STAVLAS, CLERK

                                  By:           /s/
                                                J.Klein
                                                Deputy Clerk