# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Julie A. Su | * |
| Plaintiff(s) | * |
| vs. | *  Civil Case No.: 1:24−cv−00060−JMC |
| Jones Dykstra and Associates, Inc., et al. | * |
| Defendant(s) | * |

## NOTICE OF DEFAULT

**To Jones Dykstra and Assoc. 401k Profit Sharing Plan:**

You are hereby notified that an order of default was entered against you in this Court on 4/2/2024. You have thirty (30) days from this date to file a motion to vacate the order of default. If you do not take action by this date, the Court will act promptly on any pending motions for entry of default judgment, which may result in a monetary judgment against you.

CATHERINE M. STAVLAS, CLERK

April 2, 2024  By: Jill Klein
Date  Deputy Clerk